■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MARCINKOWSKI, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered October 25, 1989, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Brown, Balletta, Miller and O'Brien, JJ., concur.